ESTATE of Louis SOLOWEY, by Lillian Halpern, Louis Shapiro, and Bessie Solowey, Executors, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 243, Docket 21958.

United States Court of Appeals
Second Circuit.

Argued June 6, 1951.

Decided June 25, 1951.

Alfred Cerceo, Louis Shapiro and Michael Muccia, all of New York City, E. Paul Yaselli, New York City, of counsel, for petitioner.

Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack, Robert N. Anderson, Richard D. Harrison, Sp. Assts. to Atty. Gen., for respondent.

Before CHASE, CLARK and FRANK, Circuit Judges.

PER CURIAM.

Decision affirmed on Opinion below. 15 T.C. 188.

Earl W. TAYLOR, Appellant, v. J. Howard McGRATH, Attorney General for the United States, et al.

No. 14334.

United States Court of Appeals
Eighth Circuit.

May 2, 1951.

Earl W. Taylor, pro se.
Sam M. Wear, U. S. Atty., Kansas City, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed for want of prosecution, on motion of appellees.

Earl W. TAYLOR, Appellant v. J. Howard McGRATH, Attorney General for the United States, et al.

No. 14335.

United States Court of Appeals
Eighth Circuit.

May 2, 1951.

Earl W. Taylor, pro se.
Sam M. Wear, U. S. Atty., Kansas City, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed for want of prosecution, on motion of appellees.

Earl W. TAYLOR, Petitioner, v. Albert L. REEVES and Albert A. Ridge, Judges of the United States District Court for the Western District of Missouri.

No. 14356.

United States Court of Appeals
Eighth Circuit.

May 2, 1951.

Earl W. Taylor, pro se.

PER CURIAM.

Application of Petitioner for Writ of Prohibition against respondents denied for want of jurisdiction.

Earl W. TAYLOR, Petitioner, v. Albert L. REEVES, Albert A. Ridge, and R. M. Duncan, Judges of the United States District Court for the Western District of Missouri.

No. 14362.

United States Court of Appeals
Eighth Circuit.

May 10, 1951.

Earl W. Taylor, pro se.